UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AMC BEAUTY, LLC, a New Jersey Limited
Liability Company,

                        Plaintiff,

v.

BURT'S BEES, INC., a Delaware Corporation,

                        Defendant.
------------------------------------------------------------x

Civil Action No. _____

**RULE 7.1 STATEMENT**

      PURSUANT to rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Petitioner, AMC Beauty, LLC ("AMC"), certifies that AMC has no parent corporation and that no publicly held company holds 10% or more of AMC's stock.

Dated: August 31, 2007
       New York, New York

                                          Venable LLP

                                          By: _____
                                                Gregory W. Gilliam (GG-2857)

                                          The Chrysler Building
                                          405 Lexington Avenue, 56th Floor
                                          New York, NY 10174
                                          Telephone (212) 307-5500
                                          Facsimile (212) 307-5598

                                          *Attorneys for Petitioner*
                                          *AMC Beauty, LLC*