UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AMC BEAUTY, LLC.                          :
                                          :    ECF CASE
                Plaintiff,                :
                                          :    Civil Action No.: 07-cv-7777 (AJP)(JSR)
        -against-                         :
                                          :    **VOLUNTARY DISMISSAL**
BURT'S BEES, INC.,                        :
                                          :
                Defendant.                :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff AMC Beauty Inc. hereby voluntarily dismisses the complaint filed in the above-named matter without prejudice.

Dated: New York, New York
       November 29, 2007

                                VENABLE LLP

                                By: _____
                                    Gregory W. Gilliam (GG-2857)

                                The Chrysler Building
                                405 Lexington Avenue, 56th Floor
                                New York, NY 10174
                                Telephone (212) 307-5500
                                Facsimile (212) 307-5598

                                *Attorneys for Plaintiff*
                                *AMC Beauty, Inc.*

TO:
Michael D. DeFrank, Esq.
WYRICK, ROBBINS, YATES, &
PONTON LLP
The Summit
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607
Tel: (919) 781-4000
Fax: (919) 781-4865
*mdefrank@wyrick.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Petitioner's Voluntary Dismissal was duly served via electronic and first-class mail on November 29, 2007, addressed as follows, upon:

> Michael D. DeFrank, Esq.
> WYRICK, ROBBINS, YATES, & PONTON LLP
> The Summit
> 4101 Lake Boone Trail
> Suite 300
> Raleigh, NC 27607
> email: *mdefrank@wyrick.com*

>> _____
>> Gregory W. Gilliam
>> *Counsel for*
>> *AMC Beauty, Inc.*