UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

AMC BEAUTY, LLC.

                Plaintiff,

    -against-

BURT'S BEES, INC.,

               Defendant.

------------------------------------------------------------X

ECF CASE

Civil Action No.: 07-cv-7777 (AJP)(JSR)

**VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff AMC Beauty Inc. hereby voluntarily dismisses the complaint filed in the above-named matter without prejudice.

Dated: New York, New York
       November 29, 2007

VENABLE LLP

By: _____
     Gregory W. Gilliam (GG-2857)

The Chrysler Building
405 Lexington Avenue, 56th Floor
New York, NY 10174
Telephone (212) 307-5500
Facsimile (212) 307-5598

*Attorneys for Plaintiff*
*AMC Beauty, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

SO ORDERED

_____
USDJ
12-4-07

TO:
Michael D. DeFrank, Esq.
WYRICK, ROBBINS, YATES, &
PONTON LLP
The Summit
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27607
Tel: (919) 781-4000
Fax: (919) 781-4865
*mdefrank@wyrick.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Petitioner's Voluntary Dismissal was duly served via electronic and first-class mail on November 29, 2007, addressed as follows, upon:

>Michael D. DeFrank, Esq.
>WYRICK, ROBBINS, YATES, & PONTON LLP
>The Summit
>4101 Lake Boone Trail
>Suite 300
>Raleigh, NC 27607
>email: *mdefrank@wyrick.com*

_____
Gregory W. Gilliam
*Counsel for*
*AMC Beauty, Inc.*